United States District Court
Northern District of California

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>OSCAR REYES CARDONA,<br><br>Defendant. | Case No.: CR 11-00483-CW (KAW)<br><br>ORDER OF DETENTION PENDING SUPERVISED RELEASE VIOLATION HEARING |

On March 5, 2007, Defendant Oscar Reyes Cardona was convicted of one violation of 21 U.S.C. § 841(a)(1) and (b)(1)(B) (distribution of methamphetamine). He was sentenced to 60 months of custody and four years of supervised release.

Defendant has prior Forms 12, which have resulted in additional time in custody. On May 22, 2013, Defendant's conditions of supervised release were modified to include a three month placement at a Residential Re-entry Center, which he began upon his release from custody, which began on September 4, 2013. The Form 12 presently before the Court alleges that Defendant violated the condition of his supervised release requiring that he reside at a Residential Re-Entry Center for a period of three months and observe all of the facility's rules and regulations.

At the November 8, 2013 hearing before this Court, Defendant, who was in custody and represented by Assistant Federal Public Defender Angela Hansen, waived his right to proffer information at a detention hearing, while retaining his right to seek release at a later hearing should his circumstances change. Assistant United States Attorney James Mann appeared on behalf of the United States. Probation officer Alexandre Bonneville was also present.

The Court hereby detains Defendant, but because he has waived his right to present information under 18 U.S.C. § 3143(a)(1) without prejudice to raising relevant information at a

later hearing, the Court orders that the hearing may be reopened at Defendant's request at any future time.

Defendant shall remain committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. Defendant shall be afforded reasonable opportunity for private consultation with counsel. On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which Defendant is confined shall deliver Defendant to a United States marshal for the purpose of an appearance in connection with a court proceeding.

IT IS SO ORDERED.

Dated: November 8, 2013

*Kandis Westmore*
KANDIS A. WESTMORE
United States Magistrate Judge